No. 88–6233.   SCOTT v. DANTES, CHAIRMAN, MARYLAND PAROLE COMMISSION.   C. A. 4th Cir.   Certiorari denied.

No. 88–6235.   GILES v. GARWOOD ET AL.   C. A. 11th Cir. Certiorari denied.

No. 88–6238.   FELDMAN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88–6239.   WILSON v. DENTON ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–6240.   SPAN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–6241.   NEAL v. IAM LOCAL LODGE 2386.   C. A. 5th Cir.   Certiorari denied.

No. 88–6244.   KELLY v. McWHERTER, WARDEN.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 88–6246.   DUPREE v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–6247.   HERMAN v. GEER ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–6248.   HELWIG v. LECUREAUX, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 88–6249.   LOWE v. KING ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–6250.   CHURCH v. WARREN, JUDGE, CIRCUIT COURT OF VIRGINIA, AMELIA COUNTY, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–6251.   HUNTER v. LEWIS ET AL.   C. A. 11th Cir. Certiorari denied.

No. 88–6252.   AINSWORTH v. ROBERTS, SUPERINTENDENT, RANKIN COUNTY CORRECTIONAL FACILITY.   C. A. 5th Cir. Certiorari denied.